UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Glenda Hrones, | No. 2: 2:20-cv-00449-KJM-KJN |
|---|---|
| Plaintiff, | |
| v. | AMENDMENT TO THE SCHEDULING ORDER |
| Rideout Memorial Hospital, dba Adventist Health and Rideout, | |
| Defendants. | |

The parties jointly request, ECF No. 22, to amend dates in the pretrial scheduling order, ECF No. 18. Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | August 6, 2021 | December 6, 2021 |
| Expert Disclosures | September 15, 2021 | February 28, 2022 |
| Supplemental Expert Disclosures | October 15, 2021 | March 28, 2022 |
| Completion of Expert Discovery | October 30, 2021 | April 12, 2022 |
| All Dispositive Motions Hearing Date | September 6, 2021 | January 21, 2021 |
| File Joint Pretrial Conference Statement | N/A | N/A |
| Final Pretrial Conference | N/A | N/A |
| Trial Briefs Due | N/A | N/A |

This amendment does not alter any other portions of the initial scheduling order.

1

1         IT IS SO ORDERED.

2 DATED: June 25, 2021.

                                                                              CHIEF UNITED STATES DISTRICT JUDGE