UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Glenda Hrones,<br><br>        Plaintiff,<br><br>    v.<br><br>Rideout Memorial Hospital, dba Adventist Health and Rideout,<br><br>        Defendants. | No. 2: 2:20-cv-00449-KJM-KJN<br><br>AMENDMENT TO THE<br>SCHEDULING ORDER |

The parties jointly request, ECF No. 46, to amend dates in the pretrial scheduling order, ECF No. 41. Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | 7/21/2021 | 11/19/2021 |
| Settlement Conference Deadline | 9/7/2021 | 5/26/2022 |
| Expert Disclosures | 10/29/2021 | 2/28/2022 |
| Rebuttal Expert Disclosures | 11/26/2021 | 3/25/2022 |
| Completion of Expert Discovery | 12/23/2021 | 4/25/2022 |
| All Dispositive Motions Hearing Date | 9/17/2020 | 5/13/2022 |
| File Joint Pretrial Conference Statement | N/A | N/A |
| Final Pretrial Conference | N/A | N/A |
| Trial Briefs Due | N/A | N/A |

This amendment does not alter any other portions of the initial scheduling order.

1

IT IS SO ORDERED.

DATED: June 28, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE